| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| CLAYEO C. ARNOLD, PLC<br>608 UNIVERSITY AVENUE<br>SACRAMENTO, CA 95825<br>Telephone No: 916-924-3100   FAX No: 916-924-1829 | | |
| Attorney for: Plaintiff | Ref. No. or File No.: | |
| Insert name of Court, and Judicial District and Branch Court: | | |
| U.S. DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA | | |
| Plaintiff: SANDRA GREEN | | |
| Defendant: MERCK CO., INC. | | |

| PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:07-CV-01414-GEB-DAD |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE; COMPLAINT; CIVIL COVER SHEET; ORDER SETTING STATUS CONFERENCE; NOTICE OF AVAILABILITY OF A MAGISTRATIVE JUDGE TO EXERCISE JURISDICTION AND APPEAL INSTRUCTIONS; BLANK CONSENT; NOTICE OF AVAILABILITY VOLUNTARY DISPUTE RESOLUTION; BLANK STIPULATION OF ADRP

3. a. Party served:          MERCK & CO., INC.
   b. Person served:         MARGARET WILSON, PROCESS SPECIALIST

4. Address where the party was served:  CT CORPORATION SYSTEMS, AGENT FOR SERVICE
                                         818 WEST SEVENTH STREET
                                         LOS ANGELES, CA 90017

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., Jul. 24, 2007 (2) at: 12:02PM

7. *Person Who Served Papers:*
   a. CARL VESPER

   2300 P Street
   Sacramento, CA 95816
   (916) 498-0808
   FAX (916) 498-0817

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:* $30.00
   e. I am: (3) registered California process server
      (i) Owner
      (ii) Registration No.: 2517
      (iii) County: Los Angeles

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

   Date: Tue, Jul. 31, 2007

   (CARL VESPER)

   Judicial Council Form
   Rule 982.9.(a)&(b) Rev January 1, 2007

   PROOF OF SERVICE
   SUMMONS IN A CIVIL CASE

   carnold.111777