/Keenan, J/

Norman C. Kleinberg (NK 2735)
Theodore V. H. Mayer (TM 9748)
William J. Beausoleil (WB 5296)
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
(212) 837-6000

*Attorneys for Defendant Merck & Co., Inc.*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-20-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
IN RE:                                          :
Fosamax Products Liability Litigation           :    1:06-md-1789 (JFK)
------------------------------------------------------------x
*This Document Relates to:*                     :
Sandra Green                                    :
v. Merck & Co., Inc & Does 1-25 inclusive       :
                                                :
Case No: 1:07-cv-07612-JFK                      :
------------------------------------------------------------x

### STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Sandra Green and Defendant Merck & Co., Inc., ("Merck") through their respective undersigned counsel, as follows:

1. This case having been resolved upon the agreement of Plaintiff to voluntarily dismiss with prejudice her claims against Merck in the above-captioned case and the agreement of Merck not to seek from Plaintiff its fees and costs, this case is hereby dismissed with prejudice pursuant to pursuant to Fed. R. Civ. P. 41.

2. Each party is to bear its own costs and attorneys' fees.

BA2 337518

Dated: April 30, 2008

| ARNOLD LAW FIRM | HUGHES HUBBARD & REED LLP |
|---|---|
| By _____ | By _____ |
| Clifford L. Carter | Theodore V. H. Mayer (TM 9748) |
| 608 University Avenue | One Battery Park Plaza |
| Sacramento, CA 95825 | New York, New York 10004 |
| (916) 924-3100 | (212) 837-6888 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant Merck & Co., Inc.* |

SO ORDERED: _____
Hon. John F. Keenan